Submitted on record and briefs October 21, 1985, affirmed January 29, reconsideration denied March 28, petition for review denied April 15, 1986 (300 Or 722)

# TERRY ALLEN HETRICK,
*Appellant,*

*v.*

# KEENEY,
*Respondent.*

(153,250; CA A35783)

713 P2d 688

Eric R. Johansen, Salem, filed the brief for appellant.

Dave Frohnmayer, Attorney General, James E. Mountain, Jr., Solicitor General, and Robert J. Jackson, Assistant Attorney General, Salem, filed the brief for respondent.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

## PER CURIAM

Plaintiff appeals the trial court's denial of his petition for post-conviction relief. He alleged that his counsel in an earlier post-conviction proceeding failed to provide adequate assistance because he did not raise certain issues and did not appeal the adverse judgment. In this case, the trial court granted summary judgment for defendant. We affirm.

The grounds for post-conviction relief are found in ORS 138.530(1). As relevant to that case, they all must involve "[a] substantial denial [of a constitutional right] *in the proceedings resulting in petitioner's conviction, or in the appellate review thereof,* * * *." ORS 138.530(1)(a). (Emphasis supplied.) The alleged inadequacy of prior post-conviction counsel is not one of the enumerated grounds. Therefore, petitioner is not entitled to post-conviction relief.

Affirmed.